IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benny Genaro Trejo, | No. CV-19-01119-PHX-SPL |
| Petitioner, | |
| v. | **ORDER** |
| David Shinn, et al., | |
| Respondents. | |

The Court has before it, Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and the Answer from the Respondents. (Doc. 7) Additionally, the Court is in receipt of the Report and Recommendation of the Magistrate Judge (Doc. 8), Petitioner's Objections (Doc. 14), and the Response to the Objections. (Doc. 15)

In the instant Petition, the Petitioner alleges the trial court improperly denied his motion to change counsel. (Doc. 1 at 100-103) After the Petitioner started representing himself, the Petitioner further alleges the trial court improperly denied his motion to continue. (*Id.*) Additionally, the Petitioner alleges ineffective assistance of counsel. (*Id.* at 104-110)

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1). It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record of the state court proceedings, without a need for an evidentiary hearing. The Petitioner's objections to the findings and recommendations have also been thoroughly considered.

After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by Judge Willett. Having carefully reviewed the record, the State of Arizona has, on the case merits, adjudicated all the grounds for relief in the petition. The R&R will be adopted in full. Accordingly,

**IT IS ORDERED:**

1. That the Magistrate Judge's Report and Recommendation (Doc. 8) is **accepted** and **adopted** by the Court;

2. That the request for an evidentiary hearing is **denied**.

3. That the Petitioner's Objections (Doc. 14) are **overruled**;

4. That the Petition for Writ of Habeas Corpus (Doc. 1) is **denied** and this action is **dismissed with prejudice**;

5. That a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **denied** because Petitioner has not made a substantial showing of the denial of a constitutional right in his claims for relief; and

///

///

6. That the Clerk of Court shall enter judgment accordingly and terminate this action.

Dated this 4th day of February 2020.

*Honorable Steven P. Logan*
United States District Judge